◎AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JOHN THOMAS BOOKER | Case Number: 15-mj-5039-KGS |

**FILED APR 13 2015**

To: The United States Marshal
and any Authorized United States Officer

Clerk, U.S. District Court
By:_____Deputy Clerk

YOU ARE HEREBY COMMANDED to arrest _____ JOHN THOMAS BOOKER _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
  Violation Petition     Violation Petition     Violation

charging him or her with   (brief description of offense)

Ct 1 – 18 USC 2332a(a)(3) – Attempted to use a weapon of mass destruction.
Ct 2 – 18 USC 844(f)(1) – Att. to maliciously damage and destroy, by means of fire & explosives, buildings, vehicles, and other personal & real property.
Ct 3 – 18 USC 2339B(a) – Attempted to provide material support & resources to a foreign terrorist organization

☑ in violation of Title  18  United States Code, Section(s)  2332a(a)(3)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| DANIEL D. CRABTREE | _Jerry D. Crabtree_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. District Judge | April 10, 2015    at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Topeka, KS

| DATE RECEIVED 4/10/2015 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/10/2015 | TFO MARK ENGHOLM (FBI JTTF) | (signature) |