IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  15-40030-01-CM |
| | ) | |
| JOHN T. BOOKER, JR., | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

The Accused, John T. Booker, Jr., by and through counsel, Kirk C. Redmond, First Assistant Federal Public Defender, moves the Court to continue the status conference for an additional sixty (60) days.  In support of this motion, counsel states to the Court as follows:

1. The status conference is currently scheduled for September 21, 2015.

2.  The defense remains in the midst of case preparation. Two specific tasks remain uncompleted, and the defense anticipates that at least sixty days are necessary to ensure that Mr. Booker receives an effective defense.

3. Government counsel has no objection to this continuance request.

4.  Mr. Booker has been informed of his statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of his speedy trial time during this period.

5. Such continuance outweighs the best interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. § 3161(h)(7).  Although delay resulting from a continuance granted by the district court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," *Zedner v. United States*, 547 U. S. 489, 498 (2009), and gives district courts "discretion . . . to accommodate limited delays for case-specific needs," *id.* at 499.  Delay granted pursuant to § 3161(h)(7) may be excluded if the district

court makes the findings required by 18 U.S.C. § 3161(h)(7).  *Bloate v. United States*, 559 U.S. 196 (2010).

The ends of justice would be served by this continuance, and a failure to grant the continuance would deprive the accused of the continuity of counsel and deny him reasonable time for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, the accused requests a continuance of the status conference for an additional sixty (60) days and agrees that the time from **September 21, 2015, until November 19, 2015,** is excludable as provided by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

S/ Kirk C. Redmond
KIRK C. REDMOND  #18914
First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603
Phone: 785/232-9828
Fax: 785/232-9886
Email: kirk_redmond@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Mattivi
Assistant United States Attorney
Anthony.Mattivi@usdoj.gov

David C. Smith
Assistant United States Attorney
David.Smith5@usdoj.gov

Jared Maag
Assistant United States Attorney
Jared.Maag@usdoj.gov

Josh P. Parecki
US Department of Justice
Josh.Parecki2@usdoj.gov

S/  Kirk C. Redmond
Kirk C. Redmond