CLOSED,APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: 5:15–cr–40030–CM–1

Case title: USA v. Booker
Magistrate judge case number: 5:15–mj–05039–DDC

Date Filed: 04/16/2015
Date Terminated: 07/26/2017

---

Assigned to: District Judge Carlos Murguia

Appeals court case number: 17–3167 10CCA

### Defendant (1)

**John T. Booker, Jr.**  represented by  **Kirk C. Redmond**
*TERMINATED: 07/26/2017*                    Office of Federal Public Defender – Topeka
*also known as*                             117 SW 6th Avenue, Suite 200
Muhammad Abdullah Hassan                    Topeka, KS 66603
*TERMINATED: 07/26/2017*                    785–232–9828
                                            Email: kirk_redmond@fd.org
                                            *TERMINATED: 05/16/2016*
                                            *LEAD ATTORNEY*
                                            *Designation: Public Defender or Community Defender Appointment*

                                            **Mark A. Thomason**
                                            Law Office of Mark Thomason, LLC
                                            929 Walnut Street, Suite 101
                                            Kansas City, MO 64106
                                            816–229–8686
                                            Fax: 816–229–9494
                                            Email: mthomasonlaw@yahoo.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: CJA Appointment*

                                            **Melody J. Brannon**
                                            Office of Federal Public Defender – Topeka
                                            117 SW 6th Avenue, Suite 200
                                            Topeka, KS 66603
                                            785 232 9828
                                            Fax: 785–232–9886
                                            Email: melody_brannon@fd.org
                                            *TERMINATED: 05/16/2016*
                                            *LEAD ATTORNEY*
                                            *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                          **Disposition**

18:2332a(a)(3) – Attempted use of a         The defendant is hereby committed to the custody
weapon of mass destruction                  of the United States Bureau of Prisons to be
(INDICTMENT FILED 4/16/2015)                imprisoned for a total term of 360 months. Upon
(1)                                         release from imprisonment, you will be on
                                            supervised release for a term of Life. $200.00
                                            special assessment.

| | |
|---|---|
| 18:844(f)(1) – Attempted use of an explosive device (INDICTMENT FILED 4/16/2015)<br>(2) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 360 months. Upon release from imprisonment, you will be on supervised release for a term of Life. $200.00 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2339B(a) – Attempted material support for a foreign terrorist organization (INDICTMENT FILED 4/16/2015)<br>(3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2332a(a)(3)– Use of Certain Weapons of Mass Destruction(COMPLAINT FILED 4/10/2015) 18:844(f)(1) – Possess Explosives on Federal Property 18:2339B(a) – Providing Material Support or Resources to Terrorists | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Anthony W. Mattivi**<br>Office of United States Attorney – Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683–3592<br>785–295–7698<br>Fax: 785–295–2853<br>Email: anthony.mattivi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**B. Celeste Corlett**<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202–353–3435<br>Email: Benita.Corlett@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**David C. Smith**<br>U.S. Department of Justice – 950<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>202–353–3878 |

Email: David.Smith5@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jared S. Maag**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683−3592
785−295−2858
Fax: 785−295−2853
Email: jared.maag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Josh P. Parecki**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
202−353−3435
Email: josh.parecki2@usdoj.gov
*TERMINATED: 10/31/2016*
*LEAD ATTORNEY*
*Designation: Retained*

**Rebecca Magnone**
U.S. Department of Justice – 600
600 E. Street NW
Washington, DC 20004
202−598−6676
Email: rebecca.magnone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2015 | 1 | COMPLAINT as to John T Booker, Jr (1). (hs) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/10/2015 | 2 | ENTRY OF APPEARANCE on behalf of USA by Anthony W. Mattivi *adding David C. Smith, Assistant United States Attorney* (Mattivi, Anthony) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/10/2015 | 3 | ENTRY OF APPEARANCE on behalf of USA by Anthony W. Mattivi *adding Josh P. Parecki, Trial Attorney National Security Division* (Mattivi, Anthony) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/10/2015 | 4 | NOTICE OF HEARING as to Defendant John T Booker, Jr  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance set for 4/10/2015 at 02:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. (mig) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/10/2015 | 5 | MINUTE ENTRY for proceedings held before District Judge Daniel D. Crabtree: RULE 5/INITIAL APPEARANCE as to John T. Booker, Jr. held on 4/10/2015. Preliminary Hearing set for 4/20/2015 at 01:30 PM in Courtroom 401 (DDC) before District Judge Daniel D. Crabtree. Defendant remanded to custody. (Court Reporter Sherry Harris.) (mig) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/10/2015 | 6 | FINANCIAL AFFIDAVIT by defendant John T Booker, Jr (msb) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |

| | | |
|---|---|---|
| 04/10/2015 | 7 | WAIVER OF DETENTION HEARING by defendant John T Booker, Jr. (msb) [5:15−mj−05039−DDC] (Entered: 04/10/2015) |
| 04/13/2015 | 8 | ENTRY OF APPEARANCE: by attorney Kirk C. Redmond appearing for John T. Booker, Jr (Redmond, Kirk) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 9 | ENTRY OF APPEARANCE on behalf of USA by Jared S. Maag (Maag, Jared) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 10 | ENTRY OF APPEARANCE: by attorney Melody J. Evans appearing for John T. Booker, Jr (Evans, Melody) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 11 | SEALED MOTION for Leave to File Under Seal by John T. Booker, Jr. (Attachments: # 1 Sealed Motion)(Redmond, Kirk) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 12 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Daniel D. Crabtree for all further proceedings. Magistrate Judge K. Gary Sebelius recuses no longer assigned to case Signed by deputy clerk on 4/14/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (daw) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 13 | ORDER granting 11 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to John T. Booker Jr. (1). Signed by District Judge Daniel D. Crabtree on 04/13/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 14 | SEALED MOTION by John T. Booker, Jr. (Redmond, Kirk) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 15 | ORDER granting 14 Sealed Motion as to John T. Booker Jr. (1). Signed by District Judge Daniel D. Crabtree on 04/13/2015. (mig) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/13/2015 | 16 | Arrest WARRANT returned executed on 4/10/2015 as to John T. Booker, Jr. (ms) [5:15−mj−05039−DDC] (Entered: 04/13/2015) |
| 04/16/2015 | 17 | INDICTMENT filed as to John T. Booker, Jr. on counts 1, 2, and 3. (ms) (Entered: 04/16/2015) |
| 04/17/2015 | 18 | NOTICE OF CANCELLED HEARING: Preliminary Hearing as to Defendant John T. Booker, Jr. set for 4/20/2015 is cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 04/17/2015) |
| 04/20/2015 | 19 | NOTICE OF HEARING as to defendant John T. Booker, Jr  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Initial Appearance on Indictment 17 set for 4/21/2015 at 9:30 AM in Courtroom 223, Kansas City, Kansas Courthouse, before Magistrate Judge James P. O'Hara. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(kg) (Entered: 04/20/2015) |
| 04/20/2015 | 20 | ORDER REASSIGNING CASE: Case reassigned to Magistrate Judge James P. O'Hara. Signed by deputy clerk on 4/20/15. (hw) (Entered: 04/20/2015) |
| 04/21/2015 | 21 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: RULE 5/INITIAL APPEARANCE as to John T. Booker, Jr held on 4/21/2015. ARRAIGNMENT as to John T. Booker Jr. (1) Count 1,2,3 held on 4/21/2015. Discovery Conference held. Detention previously ordered. (Court Reporter Kim Greiner.) (hw) (Entered: 04/21/2015) |
| 04/21/2015 | 22 | PRETRIAL ORDER NO. 1 ENTERED: Meet and Confer conference in the Office of US Attorney scheduled for May 15, 2015 at 9:00am. Motion to extend speedy trial deadline due by June 1, 2015. Status Conference set for 6/8/2015 at 09:30 AM in Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by Magistrate Judge James P. O'Hara on 4/21/15. (hw) (Entered: 04/21/2015) |
| 04/23/2015 | 23 | MOTION for Protective Order *for Discovery* by USA as to John T. Booker, Jr. (Mattivi, Anthony) (Entered: 04/23/2015) |

| | | |
|---|---|---|
| 04/24/2015 | 24 | ORDER granting 23 Motion for Protective Order as to John T. Booker Jr. (1). See order for further details. Signed by District Judge John W. Lungstrum on 4/24/15. (hw) (Entered: 04/24/2015) |
| 05/20/2015 | 25 | MOTION to Continue Status Conference by John T. Booker, Jr. (Redmond, Kirk) (Entered: 05/20/2015) |
| 05/21/2015 | 26 | ORDER granting 25 Motion to Continue. Time excluded from 6/8/15 until 6/29/15 as to John T. Booker Jr. (1). Status Conference set for 6/29/2015 at 09:30 AM in Video Conference before District Judge Carlos Murguia. The judge will appear in Kansas City. The parties will appear in Topeka. Signed by District Judge Carlos Murguia on 5/21/15. (hw) (Entered: 05/21/2015) |
| 06/25/2015 | 27 | (DISREGARD ENTRY – FILED IN ERROR) ORDER as to John T. Booker, Jr.: The status conference set 6/15/15 will be a VIDEO status conference. Judge to appear in Kansas City, parties to appear in Topeka courtroom 404. Signed by District Judge Carlos Murguia on 6/25/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 06/25/2015) |
| 06/25/2015 | 28 | ORDER as to John T. Booker, Jr.: The VIDEO status conference set on 6/29/15 will be held in Topeka, courtroom 404. Parties to appear in Topeka. Judge to appear in Kansas City, courtroom 463. Signed by District Judge Carlos Murguia on 6/25/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 06/25/2015) |
| 06/26/2015 | 29 | WAIVER of Appearance *for 6/29/15 Status Conference* by John T. Booker, Jr (Redmond, Kirk) (Entered: 06/26/2015) |
| 06/29/2015 | 30 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: VIDEO STATUS CONFERENCE as to John T. Booker, Jr. held on 6/29/2015. Motions due by 7/29/2015, Response deadline 8/10/2015, Motion Hearing/Status Conference set for 8/19/2015 at 09:30 AM in Courtroom 463 (CM) before District Judge Carlos Murguia. Excludable started as to John T. Booker, Jr. (Court Reporter Nancy Wiss.) (ss) (Entered: 06/30/2015) |
| 07/28/2015 | 31 | SEALED MOTION for Leave to File Under Seal by John T. Booker, Jr. (Attachments: # 1 Sealed Motion)(Redmond, Kirk) (Entered: 07/28/2015) |
| 07/28/2015 | 32 | ORDER granting 31 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to John T. Booker Jr. (1) Signed by District Judge Carlos Murguia on 7/28/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 07/28/2015) |
| 07/28/2015 | 33 | SEALED MOTION by John T. Booker, Jr. (Redmond, Kirk) (Entered: 07/28/2015) |
| 07/29/2015 | 34 | ORDER granting 33 Sealed Motion as to John T. Booker Jr. (1). Signed by District Judge Carlos Murguia on 7/29/15. (hw) (Entered: 07/29/2015) |
| 08/11/2015 | 35 | MOTION to Continue Status Conference by John T. Booker, Jr. (Redmond, Kirk) (Entered: 08/11/2015) |
| 08/12/2015 | 36 | ORDER granting 35 Motion to Continue. Time excluded from 8/19/15 until 9/21/15 as to John T. Booker Jr. (1). Status Conference set for 9/21/2015 at 09:30 AM in Topeka Courtroom (Unknown) before District Judge Carlos Murguia. Signed by District Judge Carlos Murguia on 8/12/15. (hw) (Entered: 08/12/2015) |
| 09/17/2015 | 37 | MOTION to Continue Status Conference by John T. Booker, Jr. (Redmond, Kirk) (Entered: 09/17/2015) |
| 09/18/2015 | 38 | ORDER granting 37 Motion to Continue. Time excluded from 9/21/15 until 11/9/15 as to John T. Booker Jr. (1) Status Conference set for 11/9/2015 at 09:30 AM in Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by District Judge Carlos Murguia on 9/18/15. (hw) (Entered: 09/18/2015) |
| 11/06/2015 | 39 | MOTION to Continue Status Conference by John T. Booker, Jr. (Redmond, Kirk) (Entered: 11/06/2015) |

| Date | # | Description |
|---|---|---|
| 11/06/2015 | 40 | ORDER granting 39 Motion to Continue status hearing. Time excluded from 11/9/15 until 12/9/15 as to John T. Booker Jr. (1). Status Conference set for 12/9/2015 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by District Judge Carlos Murguia on 11/6/15. (mm) (Entered: 11/06/2015) |
| 11/10/2015 | 41 | SEALED MOTION for Leave to File Under Seal by John T. Booker, Jr. (Attachments: # 1 Sealed Motion)(Redmond, Kirk) (Entered: 11/10/2015) |
| 11/10/2015 | 42 | ORDER granting 41 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to John T. Booker Jr. (1) Signed by District Judge Carlos Murguia on 11/10/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 11/10/2015) |
| 11/10/2015 | 43 | SEALED MOTION by John T. Booker, Jr. (Redmond, Kirk) (Entered: 11/10/2015) |
| 11/10/2015 | 44 | ORDER granting 43 Sealed Motion as to John T. Booker Jr. (1). Signed by District Judge Carlos Murguia on 11/10/15. (hw) (Entered: 11/10/2015) |
| 12/08/2015 | 45 | MOTION to Continue Status Conference by John T. Booker, Jr. (Redmond, Kirk) (Entered: 12/08/2015) |
| 12/08/2015 | 46 | WAIVER of Appearance (12/9/15 Status Conference) by John T. Booker, Jr (Redmond, Kirk) (Entered: 12/08/2015) |
| 12/08/2015 | 47 | ORDER as to John T. Booker, Jr. The Status Conference set for 12/9/2015 at 9:30 AM HAS BEEN RESCHEDULED TO BEGIN AT 10:00 AM in Topeka Courtroom 403 before District Judge Carlos Murguia. ALL PARTIES TO APPEAR IN TOPEKA. Signed by District Judge Carlos Murguia on 12/8/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 12/08/2015) |
| 12/09/2015 | 48 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: DOCKET CALL as to John T. Booker, Jr. held on 12/9/2015 granting 45 Motion to Continue. Status Conference set for 1/6/2016 at 10:00 AM in Topeka Courtroom (Unknown) before District Judge Carlos Murguia. Excludable started as to John T. Booker, Jr. Time excluded from 12/9/15 until 1/6/16 as to John T. Booker Jr. (1) (Court Reporter Nancy Wiss.) (ss) (Entered: 12/11/2015) |
| 12/17/2015 | 49 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant John T. Booker, Jr. has notified the court on 12/16/15 that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing set for 1/12/2016 at 10:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. ALL PARTIES TO APPEAR IN KANSAS CITY.(ss) (Entered: 12/17/2015) |
| 12/30/2015 | 50 | ORDER as to John T. Booker, Jr.: The status conference set 1/6/16 is CANCELLED. The change of plea hearing will remain set for 1/12/16 at 10:30 AM. ALL PARTIES ARE TO APPEAR IN KANSAS CITY. Signed by District Judge Carlos Murguia on 12/30/15. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 12/30/2015) |
| 01/11/2016 | 51 | MOTION to Continue Hearing by John T. Booker, Jr. (Redmond, Kirk) (Entered: 01/11/2016) |
| 01/11/2016 | 52 | ORDER granting 51 Motion to Continue. Time excluded from 1/12/16 until 2/3/16 as to John T. Booker Jr. (1). Change of Plea Hearing set for 2/3/2016 at 10:30 AM in Topeka Courtroom 403 before District Judge Carlos Murguia. Signed by District Judge Carlos Murguia on 1/11/16. (hw) (Entered: 01/11/2016) |
| 02/03/2016 | 53 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: CHANGE OF PLEA HEARING as to John T. Booker, Jr held on 2/3/2016. The parties are to contact the court to set the case for sentencing after the PSI has been filed. (Court Reporter Nancy Wiss.) (ss) (Entered: 02/03/2016) |
| 02/03/2016 | 54 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to John T. Booker Jr. (1) Counts 1 and 2. Signed by District Judge Carlos Murguia on 2/3/16. (hw) (Entered: 02/05/2016) |

| | | |
|---|---|---|
| 02/03/2016 | 55 | PLEA AGREEMENT as to John T. Booker, Jr re 54 Petition and Order to Enter Plea of Guilty. (hw) (Entered: 02/05/2016) |
| 05/11/2016 | 56 | NOTICE OF HEARING as to Defendant John T. Booker, Jr  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 5/13/2016 at 10:30 AM in Topeka Courtroom 404 (SAC) before District Judge Carlos Murguia. DEFENDANT AND PARTIES TO APPEAR IN TOPEKA, JUDGE TO APPEAR IN KANSAS CITY.(ss) (Entered: 05/11/2016) |
| 05/13/2016 | 57 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: STATUS CONFERENCE as to John T. Booker, Jr held on 5/13/2016. (Court Reporter Nancy Wiss.) (ss) (Entered: 05/16/2016) |
| 05/16/2016 | 58 | (PLEASE DISREGARD – FILED INCORRECTLY)ORDER APPOINTING FEDERAL PUBLIC DEFENDER: Mark Thomason. Signed by District Judge Carlos Murguia on 5/16/16. (hw) Modified on 5/16/2016 (hw). (Entered: 05/16/2016) |
| 05/16/2016 | 59 | ORDER APPOINTING CJA ATTORNEY as to John T. Booker, Jr: Appointment of Attorney Mark A. Thomason. Signed by District Judge Carlos Murguia on 5/16/16. (hw) (Entered: 05/16/2016) |
| 07/20/2016 | 60 | TRANSCRIPT of Initial Appearance held April 21, 2015 as to John T. Booker, Jr before Judge James P. O'Hara, Court Reporter Kim Greiner, 913−735−2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Mark Thomason. (kg) Modified text on 10/25/2016 (msb). (Entered: 07/20/2016) |
| 10/31/2016 | 61 | WITHDRAWAL OF COUNSEL by Josh P. Parecki and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Anthony W. Mattivi on behalf of USA (Mattivi, Anthony) (Entered: 10/31/2016) |
| 12/06/2016 | 62 | MOTION for Extension of Time to File *Objections to PSR* by John T. Booker, Jr. (Thomason, Mark) (Entered: 12/06/2016) |
| 12/07/2016 | 63 | ORDER granting 62 Defendant's Motion for Extension of Time to File Objections to the PSR as to John T. Booker Jr. (1). Objections to PSR due by 12/20/2016 Signed by District Judge Carlos Murguia on 12/7/16. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 12/07/2016) |
| 12/20/2016 | 64 | MOTION for Extension of Time to File *objections to Presentence Report* by John T. Booker, Jr. (Thomason, Mark) (Entered: 12/20/2016) |
| 12/21/2016 | 65 | RESPONSE TO MOTION by USA as to John T. Booker, Jr re 64 MOTION for Extension of Time to File *objections to Presentence Report* (Mattivi, Anthony) (Entered: 12/21/2016) |
| 12/22/2016 | 66 | ORDER granting 64 Motion for Extension of Time to File objections to Presentence Investigation Report as to John T. Booker Jr. (1) and the filing deadline is extended to 01/09/2017. Signed by District Judge Carlos Murguia on 12/22/2016. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jsh) (Entered: 12/22/2016) |
| 02/02/2017 | 71 | PRESENTENCE INVESTIGATION REPORT as to John T. Booker, Jr<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 02/02/2017) |
| 02/16/2017 | 72 | NOTICE OF HEARING as to Defendant John T. Booker, Jr  THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 3/29/2017 at 10:00 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. (jsh) (Entered: 02/16/2017) |
| 03/21/2017 | 74 | MOTION to Continue Sentencing Hearing by John T. Booker, Jr. (Thomason, Mark) (Entered: 03/21/2017) |
| 03/23/2017 | 75 | ENTRY OF APPEARANCE on behalf of USA by Anthony W. Mattivi *adding Rebecca Magnone as co−counsel* (Mattivi, Anthony) (Entered: 03/23/2017) |

| | | |
|---|---|---|
| 03/23/2017 | 76 | RESPONSE TO MOTION by USA as to John T. Booker, Jr re 74 MOTION to Continue Sentencing Hearing (Mattivi, Anthony) (Entered: 03/23/2017) |
| 03/27/2017 | 78 | ORDER granting 74 Motion to Continue Sentencing Hearing as to John T. Booker Jr. Sentencing continued to date to be determined. Court will contact parties to reschedule when appropriate. Signed by District Judge Carlos Murguia on 3/27/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jsh) (Entered: 03/27/2017) |
| 03/30/2017 | 79 | PROOF OF SERVICE as to John T. Booker, Jr. (cv) (Entered: 03/30/2017) |
| 06/21/2017 | 80 | ORDER as to John T. Booker, Jr: Sentencing set for 7/24/2017 at 01:30 PM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Sentencing memoranda are not required. If the parties choose to file them, the deadline for filing a memorandum shall be 7/10/2017. Any response memorandum shall be filed by 7/17/2017. Signed by District Judge Carlos Murguia on 6/21/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jsh) (Entered: 06/21/2017) |
| 07/24/2017 | 81 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: SENTENCING HEARING held on 7/24/2017 as to defendant John T. Booker, Jr. Defendant sentenced to controlling term of 360 months imprisonment to be followed by lifetime term of supervised release. See Minute Sheet for full details. Defendant remanded to custody pending assignment within the Bureau of Prisons. (Court Reporter Nancy Wiss.) (jsh) (Entered: 07/26/2017) |
| 07/26/2017 | 82 | JUDGMENT as to John T. Booker, Jr. (1) – Counts 1 and 2: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 360 months. Upon release from imprisonment, you will be on supervised release for a term of Life. $200.00 special assessment. Count 3 is Dismissed. Signed by District Judge Carlos Murguia on 7/26/17. (hw) (Entered: 07/26/2017) |
| 07/26/2017 | 83 | STATEMENT OF REASONS as to John T. Booker, Jr re 82 Judgment. **(NOTE: Access to this document is restricted to the USA and this defendant.)** (hw) (Entered: 07/26/2017) |
| 08/02/2017 | 84 | NOTICE OF APPEAL TO 10CCA as to defendant John T. Booker, Jr. re 82 Judgment, (Thomason, Mark) (Entered: 08/02/2017) |
| 08/03/2017 | 85 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to defendant John T. Booker, Jr. 84 Notice of Appeal – Final Judgment (Attachment: # 1 Preliminary Record on Appeal)(msb) (Entered: 08/03/2017) |
| 08/04/2017 | 86 | APPEAL DOCKETED in 10CCA on 8/3/17 and assigned Appeal No. 17–3167: Re 84 Notice of Appeal – Final Judgment filed by defendant John T. Booker, Jr.. (msb) (Entered: 08/04/2017) |
| 08/04/2017 | 88 | AMENDED PRO SE NOTICE OF APPEAL by defendant John T. Booker, Jr.: Re 84 Notice of Appeal – Final Judgment. (Attachment: # 1 Mailing Envelope)(msb) (Entered: 08/08/2017) |
| 08/08/2017 | 87 | TRANSCRIPT of Sentencing held 7/24/17 as to John T. Booker, Jr before Judge Carlos Murguia, Court Reporter Nancy Wiss, 913–735–2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Anthony Mattivi; Mark Thomason. **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Release of Transcript Restriction set for 11/6/2017. (nw) (Entered: 08/08/2017) |
| 08/18/2017 | 89 | ORDER of 10CCA as to defendant John T. Booker, Jr.: Withdrawing attorney Mark A. Thomason and appointing Federal Public Defender (Appeal No. 17–3167) (msb) (Entered: 08/18/2017) |