```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF KANSAS

 UNITED STATES OF AMERICA,        Docket No.15-40030-CM

    Plaintiff,                    Kansas City, Kansas
                                  Date: 6/29/15
      v.

 JOHN T BOOKER,

    Defendant.
 ....................

                           TRANSCRIPT OF
                          STATUS HEARING
                BEFORE THE HONORABLE CARLOS MURGUIA,
                   UNITED STATES DISTRICT JUDGE.

 APPEARANCES:

 For the Plaintiff:    Anthony Mattivi & David Smith
                       Asst. US Attorneys
                       444 SE 6th Avenue/500 State Avenue
                       Room 290/Room 360
                       Topeka, KS 66683/Kansas City, KS
                       66101

 For the Defendant:    Melody Evans
                       Asst. Federal Public Defender
                       425 S Kansas Avenue
                       Room 205
                       Topeka, KS  66603

 Court Reporter:       Nancy Moroney Wiss, CSR, RMR, FCRR
                       Official Court Reporter
                       558 US Courthouse
                       500 State Avenue
                       Kansas City, KS  66101

 Proceedings recorded by machine shorthand, transcript
 produced by computer-aided transcription.
```

09:39:04

```
09:45:41   1            THE COURT:  Let the record show we're here
09:45:48   2   regarding Case Number 15-40030-01.  It's a case entitled
09:45:56   3   United States of America versus John T Booker.  The
09:46:02   4   parties please enter their appearance.
09:46:05   5            MR. MATTIVI:  Good morning, Your Honor, Tony
09:46:08   6   Mattivi and David Smith for the government.
09:46:09   7            MS. EVANS:  Your Honor, Melody Evans appears
09:46:13   8   for Mr. Booker.  He is in fact in the courthouse, and
09:46:17   9   although he had filed a waiver of appearance, since he's
09:46:19  10   here, he's asked to attend the hearing, and I believe
09:46:22  11   they are bringing him into the courtroom.
09:46:24  12            THE COURT:  All right.  We'll wait 'til he
09:46:26  13   arrives in the courtroom.
09:47:15  14            (Defendant entered courtroom.)
09:47:21  15            MS. EVANS:  Mr. Booker is now present in the
09:47:22  16   courtroom.
09:47:22  17            THE COURT:  Thank you.  Mr. Booker --
09:47:29  18   Mr. Booker, we just called your case, and the government
09:47:32  19   entered their appearance as well as Miss Evans on your
09:47:37  20   behalf.  The reason why we're here today is to have the
09:47:43  21   status conference, a status hearing to find out what is
09:47:48  22   going on with your case, and if the court needs to
09:47:51  23   schedule anything, then we'll do that at this time.
09:47:58  24   What is the status of our case, Miss Evans?
09:48:01  25            MS. EVANS:  Your Honor, today we received
```

```
09:48:05   1   some more discovery from the government.  We believe
09:48:08   2   that this is close to complete discovery exchange.  We
09:48:13   3   need a bit more time to finish with viewing all of the
09:48:16   4   discovery and discussing it with Mr. Booker.  We would
09:48:20   5   suggest the court set another hearing out -- or another
09:48:23   6   deadline out 30 days, and then that would be a deadline
09:48:26   7   for the defense to file motions or to notify the court
09:48:29   8   if there's a different resolution of the case at that
09:48:32   9   time.
09:48:34  10              THE COURT:  Comment from the government
09:48:36  11   regarding that?
09:48:38  12              MR. MATTIVI:  Judge, we don't have any
09:48:41  13   objection to that.  We had -- this was I think our
09:48:44  14   fourth disclosure of discovery.  The defense had
09:48:49  15   probably 75 percent.  With what we released today, if
09:48:52  16   they're not 100 percent, they're at 95 plus with regard
09:48:55  17   to discovery.  As you may recall, it's taken a little
09:48:58  18   while because we had a de-classification process to go
09:49:01  19   through.  We don't have any objection to Miss Evans'
09:49:04  20   proposal.  We think the date 30 days from now would be
09:49:07  21   adequate for a motion deadline, and if by then,
09:49:10  22   Mr. Booker has decided to enter a plea, we have no
09:49:14  23   problem with him letting the court know and the
09:49:16  24   government know at that time.
09:49:19  25              MR. SMITH:  Judge, I'd note that the speedy
```

```
09:49:21   1   trial -- I think according to the clerk's office has a
09:49:24   2   speedy trial at July 22nd of 2015, so we probably need
09:49:30   3   to deal with that particular issue as well.
09:49:33   4              THE COURT:  The government's -- excuse me,
09:49:35   5   the government's informed the court that the speedy
09:49:37   6   trial time that's attached to this case actually would
09:49:41   7   expire on or about July 22nd.  With that in mind,
09:49:49   8   Mr. Booker, what the court would usually do is make sure
09:49:53   9   that your trial was set before that date.  If your
09:50:01  10   attorney has spoken with you and has informed you that
09:50:06  11   there is more discovery that needs to be reviewed in
09:50:10  12   order for her to adequately inform you of what that
09:50:15  13   discovery is, and then go over any options you may wish
09:50:21  14   to consider, then it may well be that you need to have a
09:50:28  15   motion before the court to continue that speedy trial
09:50:32  16   time deadline to allow you to do that.  But that's a
09:50:36  17   decision you need to make, and you can speak with your
09:50:39  18   attorney regarding that if you haven't all ready.
09:50:42  19   Miss Evans, do you need time right now to go over that?
09:50:50  20   If you do --
09:50:51  21              MS. EVANS:  Could I have just one moment,
09:50:52  22   Your Honor?
09:50:53  23              THE COURT:  Yeah.  You mute it or put --
09:50:53  24              (Defendant conferred with his attorney off
09:51:00  25   the record.)
```

```
09:51:00   1              MS. EVANS:  He has no objection to that,
09:51:02   2   Your Honor.  He has no objection to that, Your Honor.
09:51:07   3   We had discussed to have additional time to review the
09:51:11   4   discovery, and I've explained that to him before he came
09:51:15   5   in here today, and he understands his right to speedy
09:51:18   6   trial, and that this may toll that time based on a
09:51:23   7   30-day request.
09:51:24   8              THE COURT:  Here's a couple of things I'll
09:51:25   9   do in regards to that information.  First of all,
09:51:29  10   Mr. Booker, did you have a chance to talk to Miss Evans,
09:51:33  11   your attorney, regarding the speedy trial time issue?
09:51:38  12              THE DEFENDANT:  Umm, I think so.
09:51:40  13              THE COURT:  Do you want more time to talk to
09:51:42  14   her?
09:51:44  15              THE DEFENDANT:  Huh?
09:51:45  16              THE COURT:  Do you want more time to talk to
09:51:47  17   her about that?
09:51:48  18              THE DEFENDANT:  I mean, not really.  I mean,
09:51:50  19   not really much to talk about, you know.  We have time.
09:51:54  20   We have time.  I'm not in any rush at all.
09:51:56  21              THE COURT:  And here's what would happen
09:51:58  22   regarding that.  If the court were to stop the running
09:52:01  23   of your speedy trial time, then it would not start up
09:52:05  24   again until our next court date.  Do you understand
09:52:09  25   that?
```

```
09:52:11   1              THE DEFENDANT:  Repeat that again.
09:52:14   2              THE COURT:  If you make a motion to
09:52:15   3    continue, in effect, this hearing, or my second question
09:52:19   4    to counsel would be, the court's inclined to just enter
09:52:23   5    a scheduling order to give defendant a deadline in which
09:52:27   6    to file any motions, the government response time, and
09:52:31   7    then to set either a motion hearing and/or status
09:52:35   8    hearing afterwards.  That would be the court's
09:52:39   9    suggestion.  Then Mr. Booker, starting from today until
09:52:44  10    that next court date, which could be down the road, your
09:52:48  11    speedy trial time would not be running.  It would stop.
09:52:53  12    Do you understand that?
09:52:59  13              THE DEFENDANT:  Yes, sir.
09:53:01  14              THE COURT:  Is that what you want the court
09:53:02  15    to do?
09:53:05  16              THE DEFENDANT:  I mean, I see it this way,
09:53:07  17    you know.
09:53:07  18              MS. EVANS:  Your Honor, can I have just one
09:53:09  19    moment?
09:53:09  20              THE COURT:  Yes.
09:53:12  21              (Miss Evans conferring with the defendant
09:53:17  22    off the record.)
09:53:32  23              MS. EVANS:  Thank you, Judge.  I believe
09:53:35  24    Mr. Booker's prepared to respond to your question.
09:53:37  25              THE COURT:  Again --
```

```
09:53:38   1              THE DEFENDANT:  Yeah, I'm definitely okay
09:53:40   2   with that.
09:53:41   3              THE COURT:  Okay.  So, my question to you,
09:53:43   4   Mr. Booker, again, you've spoken to your attorney.  My
09:53:46   5   question to you is, after I've gone over what that would
09:53:48   6   mean in terms of schedules and time, the question to you
09:53:53   7   is, is that what you want the court to do?  Do you want
09:53:56   8   the court to grant your request to stop the running of
09:53:59   9   your speedy trial time from today's date until our next
09:54:02  10   court date?
09:54:03  11              THE DEFENDANT:  Yes, sir.
09:54:04  12              THE COURT:  Now, has anyone forced you into
09:54:06  13   doing that?
09:54:07  14              THE DEFENDANT:  No.
09:54:11  15              THE COURT:  I'm sorry?
09:54:13  16              THE DEFENDANT:  I said nobody's forcing me
09:54:15  17   to do anything.
09:54:16  18              THE COURT:  Has anyone threatened you into
09:54:18  19   doing that?
09:54:19  20              THE DEFENDANT:  No.
09:54:21  21              THE COURT:  Are you telling the court you're
09:54:22  22   making this request of your own free will?
09:54:24  23              THE DEFENDANT:  Yes.
09:54:27  24              THE COURT:  Based on that, the court would
09:54:30  25   find that there's a good reason, a good basis for the
```

```
09:54:36   1    court to grant your request.  It appears that you have
09:54:40   2    not received all the discovery that the government has
09:54:44   3    regarding your case, and that your attorney needs to be
09:54:47   4    able to review that, and then also review that with you,
09:54:52   5    at which time that you would be in a position to make an
09:54:57   6    informed decision as to what you want to do with your
09:55:01   7    case.  Again, there's options, and you can talk to your
09:55:04   8    attorney about what they are after you review the
09:55:07   9    discovery.  And Miss Evans, if I understood what you
09:55:10  10    said initially, you thought an additional 30 days before
09:55:15  11    the court were to set a motion filing deadline?
09:55:21  12              MS. EVANS:  Yes, sir, that 30 days, we
09:55:24  13    should be prepared to file motions on that date or
09:55:26  14    advise the court if we're going to take a different
09:55:29  15    course.
09:55:30  16              THE COURT:  Here's the schedule I would
09:55:32  17    suggest to counsel.  I would suggest that if there are
09:55:36  18    any motions that are going to be filed, that they be
09:55:39  19    filed on July 29th, and if it's defendant's motion, then
09:55:46  20    the government's response would be due August 10th, and
09:55:54  21    the court's going to set this for a motion hearing slash
09:55:59  22    status hearing if there are no motions filed for
09:56:05  23    August 19th at 9:30 in the morning.  Unless, again,
09:56:17  24    counsel has any objection to that schedule, court's also
09:56:22  25    going to add to the record in regards to that speedy
```

```
09:56:26   1   trial time being tolled during this time period.  The
09:56:31   2   court makes that finding based again on counsel needing
09:56:36   3   more time to review discovery.  If the court were not to
09:56:41   4   grant that request, the court would find that it would
09:56:44   5   interfere and deprive defendant of his right to be
09:56:51   6   adequately and effectively represented, and to be
09:56:55   7   adequately and effectively informed of the discovery the
09:57:02   8   government possesses.  Court would find that that would
09:57:04   9   be a miscarriage of justice for the court not to do
09:57:10  10   that.  Court would also find that under the ends of
09:57:12  11   justice provision, that the ends of justice outweigh the
09:57:16  12   interests of the defendant and the public from the
09:57:18  13   speedy trial time running during this time period.
09:57:23  14   That's noted for the record. Again, anything else from
09:57:28  15   the government?
09:57:31  16              MR. MATTIVI:  No, nothing further from the
09:57:33  17   government, Your Honor.  Thank you.
09:57:34  18              THE COURT:  Anything else from defendant?
09:57:35  19              MS. EVANS:  No, Your Honor.  Thank you.
09:57:37  20              THE COURT:  Again, Mr. Booker, you just need
09:57:40  21   this time to talk to Miss Evans in regards to your case,
09:57:44  22   and then we'll have a schedule in place, and we'll see
09:57:48  23   what takes place over this -- this time period.  If
09:57:53  24   there's nothing else, this hearing's adjourned.  Thank
09:57:55  25   you.
```

NANCY MORONEY WISS, CSR, RMR, FCRR

| | | |
|---|---|---|
| 09:57:56 | 1 | MR. SMITH:  Thank you, Your Honor. |
| 09:57:58 | 2 | MR. MATTIVI:  Thank you, Your Honor. |
| 09:58:01 | 3 | (Whereupon court took a recess.) |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

NANCY MORONEY WISS, CSR, RMR, FCRR

```
 1
 2                     C E R T I F I C A T E
 3
 4
 5       I, Nancy Moroney Wiss, a Certified Shorthand Reporter
 6   and the regularly appointed, qualified and acting
 7   official reporter of the United States District Court
 8   for the District of Kansas, do hereby certify that as
 9   such official reporter, I was present at and reported in
10   machine shorthand the above and foregoing proceedings.
11       I further certify that the foregoing transcript,
12   consisting of 11 typewritten pages, is a full, true, and
13   correct reproduction of my shorthand notes as reflected
14   by this transcript.
15       SIGNED July 20, 2016.
16
17                         S/_____
18                         Nancy Moroney Wiss, CSR, CM, FCRR
19
20
21
22
23
24
25
```